1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 812411)
3  Chief, Criminal Division

4  BENJAMIN KINGSLEY (NYBN 4758389)
   Assistant United States Attorney
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6937
       FAX: (415) 436-7234
7      Benjamin.Kingsley@usdoj.gov

8  Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CR 13-707 WHA |
| Plaintiff, | UNOPPOSED MOTION TO EXCLUDE TIME AND ORDER |
| v. | |
| JODY SHADDEN, | |
| Defendants. | |

The United States moves that the time between December 6, 2013 and December 10, 2013, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B). Government counsel provided discovery on December 6, 2013, and defense counsel has advised that he is reviewing the evidence. Excluding time until the first appearance on December 10, 2013 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The defendant does not oppose this motion.

DATED: December 9, 2013

                                                    /s/
                                          BENJAMIN KINGSLEY
                                          Assistant United States Attorney

ORDER

The Court finds that the exclusion of the period from December 6, 2013 to December 10, 2013 from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 12/10/13

_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE